UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTONIO DARNELL ROBINSON, | Case No. 2:11-cv-00321-MMD-CWH |
| Petitioner, | ORDER |
| v. | |
| ANTHONY M. SCILLIA, et al., | |
| Respondents. | |

In this habeas action, petitioner has not responded to the Court's order finding that Ground 2 is not exhausted and directing that he file a motion for either full dismissal, partial dismissal of only Ground 2, and/or other appropriate relief (dkt. no. 11). The order informed petitioner that the entire petition would be dismissed without prejudice for lack of complete exhaustion if an appropriate motion was not timely filed.

IT IS THEREFORE ORDERED that the petition shall be DISMISSED without prejudice. The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED THIS 1st day of April 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE